# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| THERESA TORRICELLAS, | ) |
|         Plaintiff, | ) Case No. EDCV 14-02489 AG (AJW) |
| v. | ) ORDER ACCEPTING |
| GIA BEDFORD, et al., | ) REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
|         Defendant(s). | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and plaintiff's objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: July 30, 2017

_____
ANDREW J. GUILFORD
United States District Judge