1  XAVIER BECERRA
   Attorney General of California
2  GRETCHEN K. BUECHSENSCHUETZ
   Supervising Deputy Attorney General
3  AUDRA C. CALL
   Deputy Attorney General
4  State Bar No. 252804
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013
    Telephone: (213) 269-6611
6   Fax: (213) 897-7604
    E-mail: Audra.Call@doj.ca.gov
7  *Attorneys for Defendants G. Villacorta, G. Bedford,
   K. Hughes, L. Jones, M. Martel, W. Wallace, D.
8  Artis, A. Chadha, T. Elfu, R. Kettle, J. Elliot, L.
   Zamora, R. Briggs and R. Colunga-Garcia*

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **THERESA TORRICELLAS,**<br><br>Plaintiff,<br><br>v.<br><br>**K. HUGHES, et al.,**<br><br>Defendants. | EDCV 14-2489 AG (KES)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41 (a)(1)(A)(ii))** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, fees, and expenses of any type, including attorney's fees.

**IT IS SO ORDERED.**

Dated: June 04, 2018

_____
The Honorable Andrew J. Guilford
United States District Court Judge

1